PEOPLE ex rel. VALENSI v. LYNCH et al.

(Supreme Court, Special Term, New York County. January 22, 1908.)

SUNDAY—DESECRATION—STEREOPTICON PICTURES.

An exhibition of stereopticon pictures cast on a canvas on Sunday, and a lecture, consisting of the names and descriptions of the pictures, etc., did not constitute a violation of Pen. Code, § 265, prohibiting all shooting, hunting, fishing, playing, horse racing, gaming, or other public sports, exercises, or shows on Sunday, and all noise disturbing the peace of the day.

Habeas corpus by the people, on the relation of one Valensi, against one Lynch, as keeper of the city prison, and others. Writ granted. Petitioner released.

S. B. Rosenthal, for relator.

W. T. Jerome, Dist. Atty., for respondent.

GREENBAUM, J. The relator was committed by one of the magistrates of the City Magistrates' Court on a charge of violating the provisions of section 265 of the Penal Code. The alleged violation is stated to have consisted of "an exhibition given on Sunday, December 29, 1907, at No. 122 Park Row, borough of Manhattan, at which exhibition many pictures were cast upon a canvas by means of stereopticon machines." The aforesaid pictures were shown on the canvas,

and as they appeared the relator gave the names and descriptions of them. The views which I have expressed in the opinion this day by me filed in the case of Eden Musee American Co., Limited, v. Theodore A. Bingham, Commissioner, 108 N. Y. Supp. 200, lead me to hold that the relator was unlawfully committed.

The writ of habeas corpus is sustained, and the relator released from custody.